UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDY DURDEN,

    Plaintiff,

v.                                     CASE NO.: 1:11cv140-SPM/GRJ

REGIS BEAUTY SALONS
d/b/a REGIS CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the Joint Stipulation for Dismissal With Prejudice (doc. 31) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 14th day of March, 2012.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge